Tamsin SCOTT, Appellant,

v.

STATE of Missouri, DIVISION OF FAMILY SERVICES, Respondent.

No. WD 39014.

Missouri Court of Appeals, Western District.

July 14, 1987.

Donald G. Sanders of Shurtleff, Froeschner & Sanders, Columbia, for appellant.

Grégory W. Schroeder & Ofelia Manalang of the Dept. of Social Services, Div. of Legal Services, Jefferson City, for respondent.

Before SHANGLER, P.J., and PRITCHARD and MANFORD, JJ.

### ORDER

PER CURIAM:

Tamsin Scott appeals from a judgment of the Circuit Court of Boone County, affirming a determination by the Director of the Division of Family Services that she is not entitled to medical assistance benefits.

This court affirms the Director's decision. Rule 84.16(b).